```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

VICTOR JORDAN,

                Plaintiff,          18-cv-8528 (JGK)

      - against -              <u>ORDER</u>

JOSUE PIERRE, ET AL.,

                Defendants.

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The time for the Marshal to serve the defendant, Michael Davidson, by "nail and mail" service under New York C.P.L.R. § 308(4) is extended until **May 29, 2020.**

**SO ORDERED.**

Dated:    **New York, New York**
            **April 21, 2020**           /s/ John G. Koeltl
                                              **John G. Koeltl**
                                    **United States District Judge**