Case 1:18-cv-08528-JGK Document

Copy mailed to pro se party(ies)
at docket address

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR JORDAN,

        Plaintiff,

- against -

JOSUE PIERRE et al.,

        Defendants.

18-cv-8528 (JGK)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/20

JOHN G. KOELTL, District Judge:

The Clerk's office is directed to provide the plaintiff with a new summons for Mr. Davidson at the pro se plaintiff's address on the docket. The time to serve Mr. Davidson with the summons and complaint is extended to **November 13, 2020,** and the plaintiff indicates that the plaintiff will cause the summons and complaint to be served by nail and mail which has been authorized for Mr. Davidson. The plaintiff will file an amended complaint by **December 11, 2020.** The defendants will move or answer by **January 8, 2021.** If the defendants move, the plaintiff will respond by **January 29, 2021,** and the defendants will reply **February 10, 2021.** If the defendants do not file any motions, the parties will file a Rule 26(f) report by **January 29, 2021.**

SO ORDERED.

Dated:    New York, New York
            October 21, 2020

                                              John G. Koeltl
                                       United States District Judge