UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────────

VICTOR JORDAN,                                    18-cv-8528 (JGK)

            Plaintiff,                    ORDER

    - against -

JOSUE PIERRE ET AL.,

            Defendants.
──────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The second amended complaint is stricken. In the Order dated October 22, 2020, the Court had afforded the plaintiff an opportunity to file an amended complaint by December 11, 2020. The plaintiff failed to do so. Since that time, some of the defendants have moved to dismiss the amended complaint based on the schedule set in the October 22, 2020 order. Accordingly, the case will proceed with the amended complaint. The time for the plaintiff to respond to the motion to dismiss is extended to February 11, 2021, and the time to reply is February 21, 2021.

**SO ORDERED.**

Dated:    New York, New York
           January 28, 2021

                                          /s/ John G. Koeltl
                                              John G. Koeltl
                                    United States District Judge