```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

VICTOR JORDAN,                                    18-cv-8528 (JGK)

        Plaintiff,                     ORDER

  - against -

JOSUE PIERRE ET AL.,

        Defendants.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The defendants should serve any papers on the plaintiff by mail at his current address at P.O. Box 100042, Vanderveer Station, Brooklyn, NY 11210.

SO ORDERED.

Dated:    New York, New York
         March 5, 2021

                                            /s/ John G. Koeltl
                                               John G. Koeltl
                                     United States District Judge