UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR JORDAN,                                    18-cv-8528 (JGK)

        Plaintiff,                             ORDER

   - against -

JOSUE PIERRE ET AL.,

        Defendants.

**JOHN G. KOELTL, District Judge:**

    The plaintiff's request for sanctions, ECF No. 100, is denied. The intent of the Court's Order entered on March 5, 2020, ECF No. 99, was to ensure that the defendants serve any papers on the plaintiff going forward and it is not clear that the plaintiff has not received all of the papers thus far. The defendant Board of Elections in the City of New York has assured the Court that it has served all papers on the plaintiff pursuant to the Court's order. See ECF No. 101.

**SO ORDERED.**

Dated:    New York, New York
            March 19, 2021

                                         /s/ John G. Koeltl
                                             John G. Koeltl
                                    United States District Judge