UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

VICTOR JORDAN,                        18-cv-8528 (JGK)

          Plaintiff,              ORDER

  - against -

JOSUE PIERRE ET AL.,

          Defendants.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The plaintiff's request for additional time to file an amended complaint is granted. The plaintiff should file the amended complaint by August 9, 2021. The plaintiff is directed to file the notice of constitutional challenge to statute with respect to the amended complaint.

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff.

SO ORDERED.

Dated:   New York, New York
        July 23, 2021

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                         United States District Judge