**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VICTOR JORDAN,

                Plaintiff,                    18 **CIVIL** 8528 (JGK)

     -against-                        **JUDGMENT**

JOSUE PIERRE, ET AL.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 31, 2022, the complaint in this action was dismissed and the plaintiff failed to file an amended complaint by the deadline to file such an amended complaint. The complaint and the case is therefore dismissed with prejudice.

**Dated:** New York, New York
           January 31, 2022

                                                    **RUBY J. KRAJICK**
                                                       **Clerk of Court**
                                  **BY:**
                                                          **Deputy Clerk**